IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MATTHEW WASHINGTON, )
)
    Plaintiff, )
)
v. ) CASE NO. CV415-005
)
CHATHAM COUNTY POLICE )
DEPARTMENT, )
)
    Defendant. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 7), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. In addition, any future filings by Plaintiff are subject to the restrictions outlined in the Report and Recommendation. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of May 2015.

                                WILLIAM T. MOORE, JR
                                UNITED STATES DISTRICT COURT
                                SOUTHERN DISTRICT OF GEORGIA